SHARON DOUGLASS MAYO - State Bar No. 150469
sharon.mayo@aporter.com
KRISTEN L. TERRANOVA - State Bar No. 246433
kristen.terranova@aporter.com
AMIE L. MEDLEY - State Bar No. 266586
amie.medley@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California  90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

Attorneys for Plaintiffs

JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E BEATS MUSIC, BLACK FOUNTAIN MUSIC, HERBILICIOUS MUSIC, RAP TRACKS PUBLISHING, WB MUSIC CORP., MASS CONFUSION MUSIC, BOVINA MUSIC, INC. AND EMI APRIL MUSIC, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ICON VENTURES, INC. AND DAVID R. MOSES, <br><br> Defendants. | Case No. CV11 – 09927 DSF (EX) <br><br> **CONSENT JUDGMENT** |

WHEREAS, plaintiffs E Beats Music, Black Fountain Music, Herbilicious Music, Rap Tracks Publishing, WB Music Corp., Mass Confusion Music, Bovina Music, Inc. and EMI April Music, Inc. ("Plaintiffs") are owners of the copyrights in the musical compositions listed in Schedule A to Plaintiffs' Complaint filed in this action and members of the American Society of Composers, Authors and Publishers ("ASCAP"); and

1  WHEREAS, defendant Icon Ventures, Inc. ("Defendant"), at the times of the
2  infringing acts alleged in the Complaint, did own, control, manage, operate, and
3  maintain a place of business for public entertainment, accommodation, amusement,
4  and refreshment known as Godfather, The Gentlemen's Club ("Godfather"), located
5  at 21516 Sherman Way, in Canoga Park, in the State of California and

6  WHEREAS, without authorization or consent, Defendant, on the dates
7  specified on Schedule A to the Complaint, publicly performed Plaintiffs' copyrighted
8  musical compositions at Godfather, located at 21516 Sherman Way, in Canoga Park,
9  in the State of California, for the entertainment and amusement of the patrons
10 attending said premises in violation of Plaintiffs' rights under 17 U.S.C. § 106(4), as
11 a remedy for which Plaintiffs are entitled to judgment against Defendant for willful
12 copyright infringement.

13 NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND
14 DECREED that:

15 1.   (a)   Upon the stipulated request of the parties, judgment is entered for
16 Plaintiffs and against Defendant Icon Ventures, Inc. on the claims set forth in
17 Plaintiffs' Complaint in the amount of Thirty Five Thousand Dollars ($35,000.00)
18 (the "Consent Judgment Amount").  Notwithstanding the foregoing, the parties have
19 agreed that this Judgment may be satisfied upon Defendant's payment of the sum of
20 Thirty Thousand Dollars ($30,000.00) (the "Settlement Amount") as provided in
21 Paragraph 2 below.

22     (b)   The amount provided for in this Consent Judgment shall be in full
23 settlement of all claims against Defendant arising out of Plaintiffs' Complaint and all
24 other claims for copyright infringement arising out of unauthorized public performances
25 of ASCAP's members' musical works by Defendant and their successors, shareholders,
26 partners, officers, directors, predecessors, assigns, agents, and employees at
27 Godfather, located at 21516 Sherman Way, in Canoga Park, in the State of California,
28 or at the other Godfather, The Gentlemen's Club location at 7707 Sepulveda

Boulevard, in Van Nuys, California, during all periods up to and including the date of entry of this Consent Judgment.

2. (a) Defendant shall pay the Settlement Amount in monthly installment payments of One Thousand Five Hundred Dollars ($1,500.00) beginning July 1, 2012 and ending February 1, 2014.

(b) Defendant shall make the payments provided for above in the form of a certified, cashier's, bank, or corporate business check drawn on a California bank, made payable to "ASCAP," and delivered to Amie L. Medley, Esq., at Arnold & Porter LLP, 777 South Figueroa Street, 44th Floor, Los Angeles, California 90017, or such other person as Plaintiffs' attorneys shall designate to receive such payments.

3. Contemporaneously with the filing of this Consent Judgment, ASCAP shall offer to Defendant, and Defendant shall accept and execute, an ASCAP General License Agreement for both Godfather locations (located in Canoga Park and Van Nuys) for the license term commencing January 1, 2012 at the currently applicable annual license fee rate. License fees for calendar year 2012 are included in the Settlement Amount provided for in paragraph 1(a); license fees for periods commencing January 1, 2013 shall be paid in accordance with the terms and conditions of such license agreement.

4. In the event that Defendant fails to (i) make any of the payments provided for in paragraph 2(a); or (ii) pay to ASCAP license fees when due for periods beginning January 1, 2013, upon receipt by Defendant of written notice from Plaintiffs or their undersigned attorneys of any such delinquency, Defendant shall have ten (10) calendar days in which to cure such delinquency. If the delinquency is not cured within such ten (10) day period, Defendant shall be obligated to pay the full Consent Judgment amount of Thirty Five Thousand Dollars ($35,000.00), less any payments previously made to Plaintiffs pursuant to paragraph 2 above. Such balance shall be immediately due and payable, and execution therefor may issue forthwith and without any further notice to Defendant.

5. Plaintiffs shall be granted all such writs and process as is necessary or proper for the enforcement of this Consent Judgment.

6. Subject to the Court's continuing jurisdiction over the parties for purposes of enforcement of this Consent Judgment, this action is dismissed.

**IT IS SO ORDERED.**

Dated: 8/2/12

_Dale S. Fischer_
UNITED STATES DISTRICT JUDGE